SADIE MALKOON, Appellant, v. NORTH RIVER INSURANCE COMPANY OF THE CITY OF NEW YORK, Respondent.

Submitted June 11, 1937; decided July 13, 1937.

*Salvador J. Capecelatro* for appellant.
*Edward L. O'Donnell* for respondent.

Order affirmed, and judgment absolute ordered against appellant on the stipulation, with costs in all courts. No opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.